3

AM

# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Prisoner Civil Cover Sheet

**FILED**
OCT 10 2018 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** LEONARD LOGAN

**Defendant(s):** BRUCE RAUNER, et al.

**County of Residence:** Lawrence

**County of Residence:**

**Plaintiff's Address:**
Leonard Logan
#R-11048
Lawrence - LAW
10930 Lawrence Road
Sumner, IL 62466

**Defendant's Attorney:**
Illinois Department of Corrections
100 W. Randolph Street
Suite 4-200
Chicago, IL 60601

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[ ] 2. U.S. Government Defendant
[✓] 3. Federal Question (U.S. gov't. not a party)
[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases On**
Plaintiff:
Defendant:

1:18-cv-6874
Judge: Sharon Johnson Coleman
Magistrate Judge: Sidney I. Schenkier
PC 7 / PC Scan

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes [✓] No

**Signature:** /s/ Alma Maurer   **Date:** 10/10/2018