

# UNITED STATES DISTRICT COURT
### Northern District of Illinois
### 219 South Dearborn Street
### Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 11/9/2018

USDC Northern District of Illinois
Western Division
United States Courthouse
327 South Church Street
Rockford, Illinois 61101

RE**:**  Logan v. Rauner et al
USDC Case Number:  1:18-cv-06874

Dear Clerk:

Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered on 11/8/2018, by the Honorable Sharon Johnson Coleman.

Please acknowledge receipt of the enclosed copy of this transfer letter.

                                                                      Sincerely yours,
                                                                       Thomas G. Bruton, Clerk


                                                                      By: /s/  Peggy Klutcharch
                                                                             Deputy Clerk


cc:   All counsel of record