

**U**NITED **S**TATES **D**ISTRICT **C**OURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604



FILED
11/9/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Thomas G. Bruton
Clerk

312-435-5670

Date:   11/9/2018

USDC Northern District of Illinois
Western Division
United States Courthouse
327 South Church Street
Rockford, Illinois 61101

JUDGE REINHARD
MAGISTRATE JUDGE JOHNSTON

RE:   Logan v. Rauner et al
USDC Case Number:   1:18-cv-06874

Dear Clerk:

Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered on 11/8/2018, by the Honorable Sharon Johnson Coleman.

Please acknowledge receipt of the enclosed copy of this transfer letter.

> Sincerely yours,
> Thomas G. Bruton, Clerk
>
> By: /s/ Peggy Klutcharch
>         Deputy Clerk

cc:   All counsel of record

Rev. 09/23/2016