Leonard Logan R11048
Lawrence Corr. Ctr.
10930 Lawrence Road
Sumner, IL 62466

November 15, 2018

Clerk of the Court
United States Courthouse
211 South Court Street
Rockford, IL 61101

Case no.# 18-CV-6874

Re: Application to proceed in forma pauperis

**FILED**
NOV 19 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear United States Court,

    I the above inmate is in contact with your office in regards to a recent order dated 11-8-18 signed by United States District Court Judge Sharon Johnson Coleman, mentioning the fact I did not submit a application to proceed as a poor person, or pay the filing fee.

    I received the order through the institutional mail on 11-13-18, and then through the e-filing sent to me from the law library 11-24-18. Since then I have not been able to get to the library or get my six month trust fund account as of yet. But I have submitted for all of the above to meet my requirement.

Respectfully
Leonard Logan

Leonard Logan #R11048
Lawrence Corr. Ctr.
10930 Lawrence Rd.
Sumner, IL 62466

Legal !
PRIVILEGED
11-15-18



THIS CORRESPONDENCE
IS FROM AN INMATE OF THE
IL DEPT OF CORRECTIONS

Clerk of the Court
United States Courthouse
211 South Court St.
Rockford, IL 61101

