11 06 08

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

**FILED**
**NOV 27 2018**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

*IN FORMA PAUPERIS* APPLICATION
AND
**FINANCIAL AFFIDAVIT**

Leonard Logan #R11048
_____
Plaintiff

v.

Bruce Rowner, et al.,
_____
Defendant(s)

Case Number: __18 C 6874__

Judge: __Philip G. Reinhard__

*Instructions:* Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place an X in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

*Application:* I, __Leonard Logan__, declare that I am the ☑ plaintiff ☐ petitioner ☐ movant (other_____) in the above-entitled case. This affidavit constitutes my application ☑ to proceed without full prepayment of fees, or ☑ in support of my motion for appointment of counsel, or ☐ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1.  Are you currently incarcerated?   ☑ Yes   ☐ No
    (If "No," go to Question 2)
    I.D. #: __R11048__   Name of prison or jail: __Lawrence Corr. Ctr.__
    Do you receive any payment from the institution?   ☑ Yes   ☐ No
    Monthly amount: __$29.10__

2.  Are you currently employed?   ☑ Yes ☐ No
    a.  If the answer is "*yes*," state your:
        *Monthly* salary or wages: __$29.10__
        Name and address of employer: __Lawrence Corr. Ctr. dietary__
        _____

    b.  If the answer is "*no*," state your:
        Beginning and ending dates of last employment: _____
        *Last monthly* salary or wages: _____
        Name and address of last employer: _____
        _____

3. Are you married?  ☐ Yes  ☒ No

   If the answer is "yes," is your spouse currently employed? ☐ Yes  ☐ No

   Spouse's *monthly* salary or wages: _____

   Name and address of spouse's employer: _____

   _____

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark an X next to "Yes" or "No" in each of the categories a. through g, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   a.  ☐ Salary or ☐ wages  ☐ Yes  ☒ No

       Amount: _____  Received by: _____

   b.  ☐ Business, ☐ profession or ☐ other self-employment  ☐ Yes  ☒ No

       Amount: _____  Received by: _____

   c.  ☐ Rental income, ☐ interest or ☐ dividends  ☐ Yes  ☒ No

       Amount: _____  Received by: _____

   d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ child support

       ☐ Yes  ☒ No

       Amount: _____  Received by: _____

   e.  ☒ Gifts or ☐ inheritances  ☒ Yes  ☐ No

       Amount: _555_  Received by: _Family & Frieds_

   f.  ☐ Unemployment, ☐ welfare or ☐ any other public assistance

       ☐ Yes  ☒ No

       Amount: _____  Received by: _____

   g.  ☐ Any other sources (describe source: _____ )  ☐ Yes  ☒ No

       Amount: _____  Received by: _____

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts?  ☐ Yes  ☒ No

   Total amount: _____

   In whose name held: _____ Relationship to you: _____

6. Do *you or anyone else living at the same residence* own any stocks, bonds, securities or other financial instruments?  ☐ Yes  ☒ No

   Property: _____ Current value: _____

   In whose name held: _____ Relationship to you: _____

7.  Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)?  Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc.                ☐Yes        ☒No
Type of property and address: _____
Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

8.  Do *you or anyone else living at the same residence* own any automobiles with a current market value of more than $1000?                ☐Yes        ☒No
Year, make and model: _____
Current value: _____ Equity: _____ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
Amount of monthly loan payments: _____
In whose name held: _____ Relationship to you: _____
Name of person making payments: _____

9.  Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                ☐Yes        ☒No
Property: _____
Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
Amount of monthly loan payments: _____
In whose name held: _____ Relationship to you: _____
Name of person making payments: _____

10. List the persons *who live with you* who are dependent on you for support.  State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support.  If none, check here: ☒ None.
_____
_____

11. List the persons *who do not live with you* who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☒ None.
_____
_____

Plaintiff/Petitioner: _Leonard Logan_

Institution: _Lawrence Corr. Ctr._

Register Number: _R11048_

I _Stacey Wilson, Trust Fund Officer_, hereby certify that the
(Name and Title of Authorized off.-print

inmate identified above currently has the sum of $ _48.56_ on

account at Lawrence Correctional Center.

Dated: _11/16/18_

_Signature Authorized Off._

PURSUNAT TO 28 U.S.C. § 1915(a)(2), Please
ATTACH A COPY OF THE INMATES TRUST
FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.

# Lawrence Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA  -  Date: 05/16/2018 thru End;      Inmate: R11048;      Active Status Only ? : No;      Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? : Yes;      Print Balance
Errors Only ? : No

**Inmate: R11048 Logan, Leonard**              **Housing Unit: LAW-R4-CL-17**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--|-------:|--------:|
| | | | | | | **Beginning Balance:** | | **197.23** |
| 05/18/18 | Disbursements | 84 Library | 1383104 | Chk #66231 | 030809, DOC: 523 Fun, 04/25/2018 | Inv. Date: | -3.40 | 193.83 |
| 05/18/18 | Disbursements | 84 Library | 1383104 | Chk #66231 | 030953, DOC: 523 Fun, 04/30/2018 | Inv. Date: | -.80 | 193.03 |
| 05/18/18 | Disbursements | 84 Library | 1383104 | Chk #66231 | 030954, DOC: 523 Fun, 04/30/2018 | Inv. Date: | -1.40 | 191.63 |
| 05/18/18 | Disbursements | 84 Library | 1383104 | Chk #66231 | 031016, DOC: 523 Fun, 05/09/2018 | Inv. Date: | -4.30 | 187.33 |
| 05/18/18 | Disbursements | 84 Library | 1383104 | Chk #66231 | 031151, DOC: 523 Fun, 05/14/2018 | Inv. Date: | -2.40 | 184.93 |
| 05/18/18 | Disbursements | 84 Library | 1383104 | Chk #66231 | 031210, DOC: 523 Fun, 05/18/2018 | Inv. Date: | -.60 | 184.33 |
| 05/18/18 | Disbursements | 90 Medical Co-Pay | 1383104 | Chk #66232 | 030998, DOC: 523 Fun, 05/08/2018 | Inv. Date: | -5.00 | 179.33 |
| 05/18/18 | Disbursements | 81 Legal Postage | 1383104 | Chk #66233 | 030939, Pitney Bowes, 04/30/2018 | Inv. Date: | -1.42 | 177.91 |
| 05/18/18 | Disbursements | 81 Legal Postage | 1383104 | Chk #66233 | 030991, Pitney Bowes, 05/08/2018 | Inv. Date: | -.68 | 177.23 |
| 05/18/18 | Disbursements | 81 Legal Postage | 1383104 | Chk #66233 | 030991, Pitney Bowes, 05/08/2018 | Inv. Date: | -2.26 | 174.97 |
| 05/18/18 | Disbursements | 80 Postage | 1383104 | Chk #66233 | 031027, Pitney Bowes, 05/09/2018 | Inv. Date: | -.47 | 174.50 |
| 05/18/18 | Disbursements | 80 Postage | 1383104 | Chk #66233 | 031162, Pitney Bowes, 05/15/2018 | Inv. Date: | -35.00 | 139.50 |
| 05/21/18 | Disbursements | 88 Phone Payment 414-467-7673 | 1413104 | Chk #66243 | 031237, Securus Corr, 05/21/2018 | Inv. Date: | -25.00 | 114.50 |
| 05/24/18 | Point of Sale | 60 Commissary | 144752 | 589214 | Commissary | | -27.54 | 86.96 |
| 06/03/18 | Mail Room | 10 Western Union | 154200 | 8610633528 | Bolden, Eddie | | 45.00 | 131.96 |
| 06/11/18 | Point of Sale | 60 Commissary | 162752 | 590464 | Commissary | | -20.45 | 111.51 |
| 06/12/18 | Payroll | 20 Payroll Adjustment | 1631104 | | P/R month of 5 2018 | | 10.00 | 121.51 |
| 06/18/18 | Disbursements | 84 Library | 1693104 | Chk #66890 | 031411, DOC: 523 Fun, 05/25/2018 | Inv. Date: | -7.70 | 113.81 |
| 06/18/18 | Disbursements | 84 Library | 1693104 | Chk #66890 | 031739, DOC: 523 Fun, 06/12/2018 | Inv. Date: | -2.20 | 111.61 |
| 06/18/18 | Disbursements | 84 Library | 1693104 | Chk #66890 | 031871, DOC: 523 Fun, 06/15/2018 | Inv. Date: | -1.20 | 110.41 |
| 06/18/18 | Disbursements | 80 Postage | 1693104 | Chk #66892 | 031224, Pitney Bowes, 05/18/2018 | Inv. Date: | -.94 | 109.47 |
| 06/18/18 | Disbursements | 80 Postage | 1693104 | Chk #66892 | 031237, Pitney Bowes, 05/21/2018 | Inv. Date: | -.47 | 109.00 |
| 06/18/18 | Disbursements | 81 Legal Postage | 1693104 | Chk #66892 | 031379, Pitney Bowes, 05/22/2018 | Inv. Date: | -.47 | 108.53 |
| 06/18/18 | Disbursements | 81 Legal Postage | 1693104 | Chk #66892 | 031723, Pitney Bowes, 06/11/2018 | Inv. Date: | -.47 | 108.06 |
| 06/18/18 | Disbursements | 81 Legal Postage | 1693104 | Chk #66892 | 031750, Pitney Bowes, 06/12/2018 | Inv. Date: | -.47 | 107.59 |
| 06/18/18 | Disbursements | 81 Legal Postage | 1693104 | Chk #66892 | 031750, Pitney Bowes, 06/12/2018 | Inv. Date: | -3.92 | 103.67 |
| 06/18/18 | Disbursements | 80 Postage | 1693104 | Chk #66892 | 031975, Pitney Bowes, 06/18/2018 | Inv. Date: | -1.41 | 102.26 |
| 06/20/18 | Point of Sale | 60 Commissary | 171722 | 591987 | Commissary | | -36.27 | 65.99 |
| 06/27/18 | Point of Sale | 60 Commissary | 178722 | 593089 | Commissary | | -27.05 | 38.94 |
| 07/10/18 | Payroll | 20 Payroll Adjustment | 1911104 | | P/R month of 6 2018 | | 10.00 | 48.94 |
| 07/14/18 | Mail Room | 15 JPAY | 195200 | 88070960 | Logan, Earline | | 30.00 | 78.94 |
| 07/16/18 | Point of Sale | 60 Commissary | 197752 | 594499 | Commissary | | -32.34 | 46.60 |

**Date:** 11/16/2018
**Time:** 12:13pm
d_list_inmate_trans_statement_composite

# Lawrence Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 2

REPORT CRITERIA  -  Date: 05/16/2018 thru End;      Inmate: R11048;      Active Status Only ? : No;      Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? : Yes;      Print Balance
Errors Only ? : No

**Inmate: R11048 Logan, Leonard**                                                           **Housing Unit: LAW-R4-CL-17**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/19/18 | Disbursements | 80 Postage | 2003104 | Chk #67374 | 032122, Pitney Bowes, 06/26/2018 | Inv. Date: | -.47 | 46.13 |
| 07/19/18 | Disbursements | 81 Legal Postage | 2003104 | Chk #67374 | 032227, Pitney Bowes, 06/29/2018 | Inv. Date: | -6.67 | 39.46 |
| 07/19/18 | Disbursements | 81 Legal Postage | 2003104 | Chk #67374 | 032560, Pitney Bowes, 07/16/2018 | Inv. Date: | -.47 | 38.99 |
| 07/19/18 | Disbursements | 84 Library | 2003104 | Chk #67375 | 031988, DOC: 523 Fun, 06/18/2018 | Inv. Date: | -.50 | 38.49 |
| 07/19/18 | Disbursements | 84 Library | 2003104 | Chk #67375 | 032037, DOC: 523 Fun, 06/25/2018 | Inv. Date: | -2.50 | 35.99 |
| 07/19/18 | Disbursements | 84 Library | 2003104 | Chk #67375 | 032224, DOC: 523 Fun, 06/29/2018 | Inv. Date: | -1.20 | 34.79 |
| 07/19/18 | Disbursements | 84 Library | 2003104 | Chk #67375 | 032476, DOC: 523 Fun, 07/13/2018 | Inv. Date: | -1.00 | 33.79 |
| 07/19/18 | Disbursements | 90 Medical Co-Pay | 2003104 | Chk #67376 | 032450, DOC: 523 Fun, 07/11/2018 | Inv. Date: | -5.00 | 28.79 |
| 07/23/18 | Point of Sale | 60 Commissary | 204731 | 595584 | Commissary | | -27.72 | 1.07 |
| 08/06/18 | Mail Room | 15 JPAY | 218200 | 88984397 | Logan, Earline | | 25.00 | 26.07 |
| 08/10/18 | Payroll | 20 Payroll Adjustment | 2221104 | | P/R month of 7 2018 | | 10.00 | 36.07 |
| 08/13/18 | Point of Sale | 60 Commissary | 225797 | 598051 | Commissary | | -30.71 | 5.36 |
| 08/20/18 | Disbursements | 84 Library | 2323104 | Chk #67793 | 032716, DOC: 523 Fun, 07/24/2018 | Inv. Date: | -.40 | 4.96 |
| 08/20/18 | Disbursements | 84 Library | 2323104 | Chk #67793 | 032761, DOC: 523 Fun, 07/27/2018 | Inv. Date: | -1.60 | 3.36 |
| 08/20/18 | Disbursements | 84 Library | 2323104 | Chk #67793 | 032889, DOC: 523 Fun, 08/03/2018 | Inv. Date: | -1.00 | 2.36 |
| 08/20/18 | Disbursements | 81 Legal Postage | 2323104 | Chk #67795 | 032605, Pitney Bowes, 07/20/2018 | Inv. Date: | -.47 | 1.89 |
| 08/20/18 | Disbursements | 81 Legal Postage | 2323104 | Chk #67795 | 032764, Pitney Bowes, 07/27/2018 | Inv. Date: | -.47 | 1.42 |
| 08/20/18 | Disbursements | 81 Legal Postage | 2323104 | Chk #67795 | 032902, Pitney Bowes, 08/03/2018 | Inv. Date: | -1.42 | .00 |
| 08/25/18 | Mail Room | 15 JPAY | 237200 | 89737688 | Hardy, Tami | | 25.00 | 25.00 |
| 08/28/18 | Point of Sale | 60 Commissary | 240752 | 599614 | Commissary | | -20.17 | 4.83 |
| 09/12/18 | Payroll | 20 Payroll Adjustment | 2551104 | | P/R month of 8 2018 | | 25.28 | 30.11 |
| 09/14/18 | Point of Sale | 60 Commissary | 257797 | 601133 | Commissary | | -12.82 | 17.29 |
| 09/17/18 | Disbursements | 81 Legal Postage | 2603104 | Chk #68218 | 033148, Pitney Bowes, 08/21/2018 | Inv. Date: | -.47 | 16.82 |
| 09/17/18 | Disbursements | 81 Legal Postage | 2603104 | Chk #68218 | 033228, Pitney Bowes, 08/27/2018 | Inv. Date: | -.47 | 16.35 |
| 09/17/18 | Disbursements | 81 Legal Postage | 2603104 | Chk #68218 | 033336, Pitney Bowes, 08/29/2018 | Inv. Date: | -8.25 | 8.10 |
| 09/17/18 | Disbursements | 81 Legal Postage | 2603104 | Chk #68218 | 033440, Pitney Bowes, 09/05/2018 | Inv. Date: | -1.42 | 6.68 |
| 09/17/18 | Disbursements | 84 Library | 2603104 | Chk #68219 | 033232, DOC: 523 Fun, 08/27/2018 | Inv. Date: | -3.00 | 3.68 |
| 09/17/18 | Disbursements | 84 Library | 2603104 | Chk #68219 | 033434, DOC: 523 Fun, 09/04/2018 | Inv. Date: | -1.60 | 2.08 |
| 09/17/18 | Disbursements | 84 Library | 2603104 | Chk #68219 | 033571, DOC: 523 Fun, 09/13/2018 | Inv. Date: | -2.00 | .08 |
| 09/24/18 | Mail Room | 15 JPAY | 267200 | 90959998 | Luellen, Lorenza | | 200.00 | 200.08 |
| 10/02/18 | Point of Sale | 60 Commissary | 275797 | 602696 | Commissary | | -47.05 | 153.03 |
| 10/10/18 | Payroll | 20 Payroll Adjustment | 2831104 | | P/R month of 9 2018 | | 29.10 | 182.13 |
| 10/16/18 | Point of Sale | 60 Commissary | 289722 | 604428 | Commissary | | -55.07 | 127.06 |

**Date:** 11/16/2018
**Time:** 12:13pm

d_list_inmate_trans_statement_composite

**Lawrence Correctional Center**
**Trust Fund**

Inmate Transaction Statement

Page 3

REPORT CRITERIA - Date: 05/16/2018 thru End;     Inmate: R11048;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance
Errors Only ? : No

**Inmate: R11048 Logan, Leonard**                                    **Housing Unit: LAW-R4-CL-17**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/18/18 | Disbursements | 84 Library | 2913104 | Chk #68785 | 033760, DOC: 523 Fun, 09/20/2018 | Inv. Date: | -1.00 | 126.06 |
| 10/18/18 | Disbursements | 84 Library | 2913104 | Chk #68785 | 033949, DOC: 523 Fun, 09/27/2018 | Inv. Date: | -2.40 | 123.66 |
| 10/18/18 | Disbursements | 84 Library | 2913104 | Chk #68785 | 034060, DOC: 523 Fun, 10/03/2018 | Inv. Date: | -.40 | 123.26 |
| 10/18/18 | Disbursements | 84 Library | 2913104 | Chk #68785 | 034118, DOC: 523 Fun, 10/12/2018 | Inv. Date: | -2.10 | 121.16 |
| 10/18/18 | Disbursements | 84 Library | 2913104 | Chk #68785 | 034121, DOC: 523 Fun, 10/12/2018 | Inv. Date: | -4.40 | 116.76 |
| 10/18/18 | Disbursements | 84 Library | 2913104 | Chk #68785 | 034335, DOC: 523 Fun, 10/17/2018 | Inv. Date: | -2.90 | 113.86 |
| 10/18/18 | Disbursements | 81 Legal Postage | 2913104 | Chk #68785 | 033900, Pitney Bowes, 09/25/2018 | Inv. Date: | -.47 | 113.39 |
| 10/18/18 | Disbursements | 81 Legal Postage | 2913104 | Chk #68787 | 033900, Pitney Bowes, 09/25/2018 | Inv. Date: | -.47 | 112.92 |
| 10/18/18 | Disbursements | 81 Legal Postage | 2913104 | Chk #68787 | 033946, Pitney Bowes, 09/27/2018 | Inv. Date: | -.47 | 112.45 |
| 10/18/18 | Disbursements | 80 Postage | 2913104 | Chk #68787 | 034078, Pitney Bowes, 10/04/2018 | Inv. Date: | -.47 | 111.98 |
| 10/18/18 | Disbursements | 81 Legal Postage | 2913104 | Chk #68787 | 034237, Pitney Bowes, 10/15/2018 | Inv. Date: | -.47 | 111.51 |
| 10/18/18 | Disbursements | 81 Legal Postage | 2913104 | Chk #68787 | 034338, Pitney Bowes, 10/17/2018 | Inv. Date: | -1.42 | 110.09 |
| 10/18/18 | Disbursements | 81 Legal Postage | 2913104 | Chk #68787 | 034338, Pitney Bowes, 10/17/2018 | Inv. Date: | -.47 | 109.62 |
| 10/18/18 | Disbursements | 81 Legal Postage | 2913104 | Chk #68787 | 034338, Pitney Bowes, 10/17/2018 | Inv. Date: | -.68 | 108.94 |
| 10/23/18 | Disbursements | 88 Lawyer Fee | 2963104 | Chk #68895 | 034474, Earline Loga, 10/23/2018 | Inv. Date: | -50.00 | 58.94 |
| 10/29/18 | Point of Sale | 60 Commissary | 302731 | 606005 | Commissary | | -57.02 | 1.92 |
| 10/29/18 | Point of Sale | 60 Commissary | 302731 | 606007 | Commissary | | 22.47 | 24.39 |
| 11/11/18 | Mail Room | 10 Western Union | 315200 | 9269313462 | Stewart, Roderick | | 30.00 | 54.39 |
| 11/14/18 | Payroll | 20 Payroll Adjustment | 3181104 | | P/R month of 102018 | | 29.10 | 83.49 |

|  |  |
|---|---|
| **Total Inmate Funds:** | 83.49 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 34.93 |
| **Funds Available:** | 48.56 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 10/19/2018 | 034376 | Disb | Library | 2 DOC: 523 Fund Library | $0.40 |
| 10/26/2018 | 034573 | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| 11/02/2018 | 034616 | Disb | Legal Postage | 6656 Pitney Bowes | $1.63 |

# Lawrence Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 05/16/2018 thru End;     Inmate: R11048;     Active Status Only ? : No;     Print Restrictions ? : Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

**Inmate: R11048 Logan, Leonard**               **Housing Unit: LAW-R4-CL-17**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 11/02/2018 | 034617 | Disb | Legal Postage | 6656 Pitney Bowes | $7.25 |
| 11/05/2018 | 034625 | Disb | Library | 2 DOC: 523 Fund Library | $4.60 |
| 11/05/2018 | 034636 | Disb | Library | 2 DOC: 523 Fund Library | $12.80 |
| 11/07/2018 | 034706 | Disb | Legal Postage | 6656 Pitney Bowes | $7.25 |
| | | | | **Total Restrictions:** | **$34.93** |

United States District Court For The
Northern District of Illinois

Western Division

Leonard Logan #R11048
**Plaintiff/Petitioner**

Vs.

Bruce Rauner, et al.
**Defendant/Respondent**

IN THE:

No. 18 C 6874

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the Court
U.S. Court-house, 211 S.
Church ~~court house~~ St. Rockford,
~~IL~~ 61101

TO: Lisa Madigan, attorney
General

PLEASE TAKE NOTICE that at: 9:30 AM/PM November 18, 2018, I
placed the documents listed below in the institutional mail at
Correctional Center, properly addressed to the parties listed above for mailing through the
United States Postal Service.
Application In forma Pauperis and Financial
Affidavit.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury
that I am a named party in the above action, that I have read the above documents, and that
the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 11-18-18

/s/ Leonard Logan
Name: Leonard Logan
IDOC No. R11048
Lawrence Correctional Ctr.
~~P.O.B.~~ 10930 Lawrence Rd.
Sumner, IL 62466

Leonard Logan #R11048
Lawrence Corr. Ctr.
10930 Lawrence Rd.
Sumner, IL 62466

PRIVILEGED

Legal
Mail
11-15-18

Clerk of the Court
United States Court house
327 S. Church Street
Rockford, IL 61101