IN THE
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**
JAN 07 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Leonard Logan R11048,
    Plaintiff,

v.

Bruce Rauner, et al
    Defendants.

Case No. 18 C 6874

Judge Philip G. Reinhard

## Motion For Extention of Time

I Leonard Logan, pro se moves this Honorable Court in this Motion For Extention of Time, and request a extra 30 days to meet the District Courts order of 12-27-18. In support of said motion:

1.) The District Court ordered Plaintiff in the above caption cause to file a amended complaint by 1-25-19.

2.) However, under the circumstances of Plaintiff being incarcerated at Lawrence Correctional Center, received the order via mail late 12-31-18.

3.) Plaintiff then have to request, to attend, the law library to access his excess legal boxes, to get related documents in order to complete an amended complaint. A Request slip was submitted immediately after receiving the order of 12-27-18.

4.) The Court ordered the clerk to send Plaintiff a amended Complaint form, a blank USM-285 form, and instructions along with a copy of this order, of 12-27-18.

5.) However, the Clerk sent Plaintiff a Amended Petition For Writ of Habeas Corpus - Person in State Custody form. In order to comply with the Courts order Plaintiff needs, the Amended complaint form, as ordered by the Court.

Wherefore, Plaintiff prays that this Honorable Court grant Plaintiff 30 days extention to comply with the Courts order of 12-27-18.

I Leonard Logan, on 1-1-19 have read the foregoing Motion and hereby verify that the matters alleged therein ar true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

1-1-19

Leonard Logan R11048
Lawrence Corr. Ctr.
10930 Lawrence Rd.
Sumner, IL 62466

(2.)