[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| _____ ) <br> (Full name under which convicted) ) <br> PETITIONER ) <br> ) <br> _____ ) <br> (Prisoner Number) ) <br>     vs. ) <br> ) <br> ) <br> _____ ) <br> (Warden, superintendent, or authorized ) <br> person having custody of petioner) ) <br> RESPONDENT, and ) <br> ) <br> **(Fill in the following  blank only if** ) <br> **judgment attacked imposes a sentence** ) <br> **to commence in the future.)** ) <br> ) <br> ATTORNEY GENERAL OF THE ) <br> STATE OF ) <br> _____ ) <br> (State where judgment entered) ) <br> ) <br> ) <br> ) | Case Number: _____ <br>         (Supplied by Clerk of this Court) <br><br><br><br><br><br><br> Case Number of State Court Conviction: <br><br> _____ |

## AMENDED PETITION FOR WRIT OF HABEAS CORPUS –
## PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered:
   _____
   _____

2. Date of judgment of conviction:
   _____

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
   _____
   _____

4. Sentence(s) imposed:
   _____

5. What was your plea? (Check one)  ☐ Not guilty    ☐ Guilty    ☐ Nolo contendere
   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

   [If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## PART I – TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):　　　☐ Jury　　☐ Judge only

2. Did you testify at trial?　　　☐ YES　　☐ NO

3. Did you appeal from the conviction or the sentence imposed?　　☐ YES　☐ NO

    (A)　If you appealed, give the

        (1) Name of court: _____

        (2) Result: _____

        (3) Date of ruling: _____

        (4) Issues raised: _____

                    _____

                    _____

                    _____

    (B)　If you did not appeal, explain briefly why not: _____

                    _____

4. Did you appeal, or seek leave to appeal, to the highest state court?　☐ YES　　☐ NO

    (A)　If yes, give the

        (1) Result: _____

        (2) Date of ruling: _____

        (3) Issues raised: _____

                      _____

                    _____

                    _____

    (B)　If you did not appeal, explain briefly why not: _____

                    _____

5. Did you petition the United States Supreme Court for a writ of *certiorari*?
  ☐ YES　　☐ NO

  If yes, give date of petition: _____

  Date *certiorari* was denied: _____ **PART II – COLLATERAL PROCEEDINGS**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1.  With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

    ☐ YES          ☐ NO

    With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

    A.  Name of court: _____

    B.  Date of filing: _____

    C.  Issues raised: _____

    _____

    _____

    D.  Did you receive an evidentiary hearing on your petition?     ☐ YES     ☐ NO

    E.  What was the court's ruling? _____

    F.  Date of court's ruling: _____

    G.  Did you appeal from the ruling on your petition?     ☐ YES     ☐ NO

    H.  (a)  If yes,  (1) what was the result? _____

                   (2) date of decision: _____

       (b)  If no, explain briefly why not: _____

    _____

    I.  Did you appeal, or seek leave to appeal this decision to the highest state court?

    ☐ YES     ☐ NO

    (a) If yes,  (1) what was the result? _____

                 (2) date of decision: _____

    (b) If no, explain briefly why not: _____

    _____

    _____

    _____

    _____

    _____

    _____

2.  With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas

    [If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

corpus?

☐ YES     ☐ NO

A. If yes, give the following information with respect to each proceeding (use additional sheets if necessary):

    1.    Nature of proceeding_____

    2.    Date petition filed _____

    3.    Ruling on the petition _____

    4.    Date of ruling _____

    5.    If you appealed, what was the ruling on the appeal? _____

    6.    Date of ruling on appeal _____

    7.    If there was a further appeal, what was the ruling? _____

    8.    Date of ruling on appeal _____

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in federal court?    ☐ YES     ☐ NO

A. If yes, give name of court, case title and case number: _____

_____

B. Did the court rule on your petition? If so, state

(1) Ruling: _____

(2) Date: _____

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition?  ☐ YES     ☐ NO

If yes, explain:_____

_____

_____

_____

_____

_____

_____

_____

## PART III – PETITIONER'S CLAIMS

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

   **BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

   (A)   Ground one _____
         Supporting facts (tell your story briefly without citing cases or law):

         _____
         _____
         _____
         _____
         _____
         _____
         _____
         _____
         _____
         _____
         _____
         _____

   (B)   Ground two _____
         Supporting facts:

         _____
         _____
         _____
         _____
         _____
         _____
         _____
         _____
         _____
         _____
         _____

   (C)   Ground three_____
         Supporting facts:

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(D)     Ground four _____

        Supporting facts:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

2.  Have all grounds raised in this petition been presented to the highest court having jurisdiction?
    ☐ YES   ☐ NO

3.  If you answered **"NO"** to question (2), state briefly what grounds were not so presented and why not:

_____

_____

_____

## PART IV – REPRESENTATION

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing _____

(B) At arraignment and plea _____

(C) At trial_____

(D) At sentencing _____

(E) On appeal _____

(F) In any post-conviction proceeding _____

(G) Other (state): _____

## PART V – FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?
☐ YES        ☐ NO

Name and location of the court which imposed the sentence: _____

_____

Date and length of sentence to be served in the future _____

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: _____        _____
            (Date)        Signature of attorney (if any)

                              I declare under penalty of perjury that the foregoing is true and correct.

                              _____

                              (Signature of petitioner)

                              _____

                              (I.D. Number)

                              _____

                              _____

                              _____

                              (Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]