Leonard Logan R11048
Lawrence Corr. Ctr.
10930 Lawrence Rd.
Sumner, IL 62466



THIS CORRESPONDENCE
IS FROM AN INMATE OF THE
IL DEPT OF CORRECTIONS

LEGAL

Legal Mail 1-1-19

Clerk of the Court
United States Courthous
327 S. Church Street
Rockford, IL 61101