# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Leonard Logan (#R-11048), | ) |
| Plaintiff, | ) Case No. 18 CV 6874 |
| v. | ) |
| | ) Judge Philip G. Reinhard |
| Bruce Rauner, et al, | ) |
| Defendants. | ) |

## ORDER

    On December 27, 2018, the court ordered plaintiff to file an amended complaint by January 25, 2019, or risk summary dismissal of this lawsuit. *See* [9]. Plaintiff now motions the court for additional time as he claims he received the wrong forms from the Clerk of Court and, therefore, has not been able to prepare an amended complaint. *See* [10]. The motion is granted. Plaintiff's amended complaint is now due February 8, 2019. The Clerk of Court is directed to send plaintiff an amended complaint form, a blank USM-285 form, and instructions along with a copy of this order.

Date: 01/07/2019          ENTER:

                                                    *Philip G. Reinhard*
                                         United States District Court Judge

                                                           Docketing to mail notices. (LC)