# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| LEONARD LOGAN, | ) |
|     Plaintiff, | ) Case No. 18 CV 6874 |
| | ) |
| v. | ) Hon. Philip Reinhard, |
| | ) District Judge |
| BRUCE RAUNER, *et al*. | ) |
| | ) **JURY TRIAL DEMANDED** |
|     Defendants. | ) |

## PLAINTIFF'S MOTION FOR AN EXTENSION
## OF TIME TO FILE AN AMENDED COMPLAINT

NOW COMES Plaintiff, LEONARD LOGAN, by and through his counsel, and hereby respectfully requests that this Court grant him an extension of time until March 22, 2019, to file an amended complaint with the benefit of counsel. In support of this motion, Plaintiff states as follows:

1. Leonard Logan, as a *pro se* plaintiff, filed this lawsuit in October of 2018, raising various violations of his constitutional rights as an inmate in the Illinois Department of Corrections. (Dckt. No. 1.) He filed a *pro se* amended complaint on November 9, 2018. (Dckt. No. 6.)

2. On December 27, 2018, this Court dismissed Plaintiff's complaint without prejudice, and directed Plaintiff to file, by January 25, 2019, an amended complaint that complied with the Court's order. (Dckt. No. 9.) This Court subsequently granted Plaintiff's motion to extend that time until February 8, 2019. (Dckt. No. 11.)

3. Plaintiff recently retained the undersigned counsel to represent him in this litigation. Plaintiff therefore requests an additional 45 days, or until March 22, 2019, to file an

amended complaint. Plaintiff intends to use that time to confer with his counsel about his claims and for counsel to explore any possible early settlement opportunities that might be available to resolve this matter prior to litigation.

4. Plaintiff recognizes that this matter has been pending since October, but respectfully submits that giving him and his counsel time to confer so that counsel can best amend his complaint or otherwise resolve this matter would be in the interests of both justice and judicial economy.

## CONCLUSION

WHEREFORE, for the above reasons, Plaintiff respectfully requests that this Court grant him an extension of time until March 22, 2019 to file an amended complaint.

Dated: February 8, 2019

RESPECTFULLY SUBMITTED,

/s/ Tara Thompson
*Attorney for Plaintiff*
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Ph: (312) 243-5900
Fax: (312) 243-5902

# CERTIFICATE OF SERVICE

I, Tara Thompson, certify that the foregoing Motion was sent via CM/ECF to all counsel of record on February 8, 2019.

/s/ Tara Thompson
*Counsel for Plaintiff*