Leonard Logan

      Plaintiff,

v.           Case No.: 1:18−cv−06874
           Honorable Philip G. Reinhard

Bruce Rauner, et al.

      Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 11, 2019:

  MINUTE entry before the Honorable Iain D. Johnston: The plaintiff's motion for an extension of time [13] is granted. The amended complaint is now due 3/22/2019. Presentment of the motion set for 2/14/2019 is stricken. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.