# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| LEONARD LOGAN, | ) |
| Plaintiff, | ) Case No. 18 CV 6874 |
| | ) |
| | ) Hon. Philip Reinhard, |
| v. | ) District Judge |
| | ) |
| BRUCE RAUNER, *et al*. | ) Hon. Mag. Judge Johnston |
| | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR A FINAL EXTENSION
OF TIME TO FILE AN AMENDED COMPLAINT**

NOW COMES Plaintiff, LEONARD LOGAN, by and through his counsel, and hereby respectfully requests that this Court grant him a final extension of time until April 15, 2019, to file an amended complaint with the benefit of counsel. In support of this motion, Plaintiff states as follows:

1. Leonard Logan, as a *pro se* plaintiff, filed this lawsuit in October of 2018, raising various violations of his constitutional rights as an inmate in the Illinois Department of Corrections. (Dckt. No. 1.) He filed a *pro se* amended complaint on November 9, 2018. (Dckt. No. 6.)

2. On December 27, 2018, this Court dismissed Plaintiff's complaint without prejudice, and directed Plaintiff to file, by January 25, 2019, an amended complaint that complied with the Court's order. (Dckt. No. 9.) This Court subsequently granted Plaintiff's motion to extend that time until February 8, 2019. (Dckt. No. 11.)

3. Plaintiff recently retained the undersigned counsel to represent him in this litigation. Plaintiff previously requested and received an additional 45 days, or until March 22,

2019, to file an amended complaint. (Dckt. No. 15.) Since that time, Plaintiff's counsel has conferred with her client, made an effort to explore early settlement options, and performed other work to prepare the complaint.

4. Despite counsel's best efforts, counsel needs a few additional weeks to continue conferring with her client and to amend this complaint. As the Court is aware, the complaint Plaintiff originally filed is complicated, raising issues against numerous people and involving numerous events. Plaintiff believes that a short additional, but final, extension to allow Plaintiff's counsel to continue to confer with Plaintiff, would allow Plaintiff to file the clearest possible amended complaint that would provide the best chance to move this litigation forward.

5. Plaintiff believes that one final extension until April 15, 2019, would allow Plaintiff and his counsel to be prepared to move this matter forward.

## CONCLUSION

WHEREFORE, for the above reasons, Plaintiff respectfully requests that this Court grant him a final extension of time until April 15, 2019 to file an amended complaint.

Dated: March 22, 2019

RESPECTFULLY SUBMITTED,

/s/ Tara Thompson
*Attorney for Plaintiff*
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Ph: (312) 243-5900
Fax: (312) 243-5902

# CERTIFICATE OF SERVICE

      I, Tara Thompson, certify that the foregoing Motion was sent via CM/ECF to all counsel of record on March 21, 2019.

                                              /s/ Tara Thompson
                                              *Counsel for Plaintiff*