# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| LEONARD LOGAN ) | |
| ) | |
| Plaintiff, ) | Case No. 18 CV 6874 |
| ) | |
| vs. ) | |
| ) | |
| BRUCE RAUNER, *et al.*, ) | |
| ) | Hon. Mag. Judge Johnston |
| Defendants. ) | |

## NOTICE OF MOTION

Please take notice that on Thursday, March 28, 2019, at 10:00 a.m., I will appear before the Honorable Judge Johnston in the courtroom usually occupied by him at 327 South Church Street in Rockford, Illinois, and then and there present Plaintiff's Motion for a Final Extension of Time to File an Amended Complaint.

RESPECTFULLY SUBMITTED,

/s/ Tara Thompson
*Attorney for Plaintiff*
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Ph: (312) 243-5900
Fax: (312) 243-5902

## **CERTIFICATE OF SERVICE**

      I, Tara Thompson, an attorney, certify that on February 8, 2019, I sent by electronic means a copy of the attached Notice of Motion to counsel of record through this Court's CM/ECF System.

                                                          /s/Tara Thompson