UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Leonard Logan
                        Plaintiff,

v.                                                  Case No.: 1:18−cv−06874
                                                            Honorable Philip G. Reinhard

Bruce Rauner, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 18, 2019:

      MINUTE entry before the Honorable Iain D. Johnston: On 3/25/2019 the Court granted the plaintiff's motion to further extend the deadline for an amended complaint, and set 4/15/2019 as the final deadline. To date, counsel has not filed the amended complaint. If no amended complaint is filed by 4/19/2019, this Court will enter a Report and Recommendation that the case be dismissed for want of prosecution. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.