IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| LEONARD LOGAN, ) | |
| ) | Case No. 18 CV 6874 |
| Plaintiff, ) | |
| ) | Hon. Philip Reinhard, |
| v. ) | District Judge |
| ) | |
| BRUCE RAUNER, *et al.* ) | Hon. Mag. Judge Iain D. Johnston |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE HIS SECOND AMENDED COMPLAINT *INSTANTER***

NOW COMES Plaintiff, LEONARD LOGAN, by and through his counsel, and hereby respectfully requests that this Court grant him leave to file his Second Amended Complaint, attached as Exhibit A, *instanter*.

1. Leonard Logan, as a *pro se* plaintiff, filed this lawsuit in October of 2018, raising various violations of his constitutional rights as an inmate in the Illinois Department of Corrections. (Dckt. No. 1.) He filed a *pro se* amended complaint on November 9, 2018. (Dckt. No. 6.)

2. On December 27, 2018, this Court dismissed Plaintiff's complaint without prejudice, and directed Plaintiff to file, by January 25, 2019, an amended complaint that complied with the Court's order. (Dckt. No. 9.) This Court subsequently granted Plaintiff's motion to extend that time until April 15, 2019. (Dckt. No. 18.)

3. The undersigned counsel became involved in Mr. Logan's case because she also represents him on an ongoing post-conviction matter in Illinois state court. She agreed to represent him in this matter *pro bono*. Despite counsel and Mr. Logan's best efforts, because of

ongoing developments in Mr. Logan's post-conviction case, which has an ongoing evidentiary hearing in the Circuit Court of Cook County, counsel and Mr. Logan were not able to devote the necessary time to finalizing this complaint during the limited times they had to confer over the last several weeks. Plaintiff's counsel was finally able to get a legal call with Mr. Logan on Monday, April 15, and based on that call spent the last several days of this week finalizing the complaint.

4. Plaintiff's counsel recognizes that the deadlines set by this Court are important, and apologizes for not being able to file this amended complaint by Monday. Plaintiff's counsel has now fully conferred with her client and is ready to proceed with this matter. Plaintiff's counsel will proceed expeditiously with pursuing the remainder of this litigation.

5. Plaintiff respectfully submits that it would be in the interests of justice for this Court to accept this filing *instanter* and allow this litigation to proceed.

6. Plaintiff's offered Second Amended Complaint is attached to this motion as Exhibit A.

7. If this Court accepts this filing, Plaintiff will then proceed to serve this Complaint on the Defendants and to proceed with the litigation.

WHEREFORE, for the above reasons, Plaintiff respectfully requests that this Court grant Plaintiff leave to file his Second Amended Complaint *instanter*.

Dated: March 22, 2019

RESPECTFULLY SUBMITTED,

/s/ Tara Thompson
*Attorney for Plaintiff*
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Ph: (312) 243-5900
Fax: (312) 243-5902

## CERTIFICATE OF SERVICE

      I, Tara Thompson, certify that the foregoing Motion was sent via CM/ECF to all counsel of record on April 19, 2019.

      /s/ Tara Thompson
      *Counsel for Plaintiff*