# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| LEONARD LOGAN, | ) |
| | ) Case No. 18 CV 6874 |
| Plaintiff, | ) |
| | ) Hon. Philip Reinhard, |
| v. | ) District Judge |
| | ) |
| BRUCE RAUNER, *et al*. | ) Hon. Mag. Judge Iain D. Johnston |
| | ) |
| Defendants. | ) **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF MOTION FOR LEAVE
## TO FILE HIS SECOND AMENDED COMPLAINT *INSTANTER*

TO: **ALL COUNSEL OF RECORD**

Please take notice that on Thursday, April 25, 2019 at 10:00 a.m., counsel for Plaintiff shall appear before Magistrate Judge Iain D. Johnston in the Courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and present **Plaintiff's Motion for Leave to File His Second Amended Complaint *Instanter*.**

RESPECTFULLY SUBMITTED,

/s/ Tara Thompson
*Attorney for Plaintiff*
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Ph: (312) 243-5900
Fax: (312) 243-5902

## CERTIFICATE OF SERVICE

      I, Tara Thompson, certify that the foregoing Motion was sent via CM/ECF to all counsel of record on April 19, 2019.

                                          /s/ Tara Thompson
                                          *Counsel for Plaintiff*