# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Leonard Logan

                  Plaintiff,

v.

John Varga, et al.

                  Defendant.

Case No.: 1:18–cv–06874
Honorable Philip G. Reinhard

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 20, 2019:

      MINUTE entry before the Honorable Iain D. Johnston: The plaintiff has filed a motion [63] that is set for presentment on a day the Court is not taking motions, as announced on its webpage. Presentment of the motion set for 1/7/2020 is stricken. The plaintiff shall reset the motion for presentment on a day the Court is taking motions. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.