# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| LEONARD LOGAN | ) |
| Plaintiff, | ) Case No. 18 CV 6874 |
| vs. | ) |
| BRUCE RAUNER, *et al.*, | ) |
| Defendants. | ) Hon. Mag. Judge Johnston |

## AMENDED NOTICE OF MOTION

Please take notice that on Tuesday, January 23, 2019, at 10:00 a.m., I will appear before the Honorable Judge Johnston in the courtroom usually occupied by him at 327 South Church Street in Rockford, Illinois, and then and there present Plaintiff's Unopposed Motion for an Extension of Time to Respond to the Defendants' Motion to Dismiss.

RESPECTFULLY SUBMITTED,

/s/ Tara Thompson
*Attorney for Plaintiff*
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Ph: (312) 243-5900
Fax: (312) 243-5902

# **CERTIFICATE OF SERVICE**

  I, Tara Thompson, an attorney, certify that on December 20, 2019, I sent by electronic means a copy of the attached Notice of Motion to counsel of record through this Court's CM/ECF System.

<u>/s/Tara Thompson</u>