Leonard Logan
                        Plaintiff,

v.                                                  Case No.: 1:18–cv–06874
                                                        Honorable Philip G. Reinhard

Michael Remmers, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2020:

      MINUTE entry before the Honorable Lisa A. Jensen: The Court having been informed that Plaintiff is no longer incarcerated, the Court's previous order to Plaintiff's counsel [94] is stricken. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.