# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Leonard Logan v. John Varga, et al.

Case Number: 1:18-cv-06874

An appearance is hereby filed by the undersigned as attorney for:

Leonard Logan

Attorney name (type or print): Sarah Grady

Firm: Loevy & Loevy

Street address: 311 N. Aberdeen St. 3rd Floor

City/State/Zip: Chicago, IL 60607

Bar ID Number: 6312933
(See item 3 in instructions)

Telephone Number: 312-243-5900

Email Address: sarah@loevy.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
- [ ] Retained Counsel
- [ ] Appointed Counsel
    If appointed counsel, are you
    - [ ] Federal Defender
    - [ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/19/2021

Attorney signature: S/ Sarah Grady

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015